**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; ABKCO MUSIC, INC.; FOURTEENTH HOUR MUSIC, INC.; SPRINGTIME MUSIC, INC.; BREW MUSIC COMPANY; ESCATAWPA SONGS; BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG PLATINUM SONGS (US); SONY/ATV SONGS LLC,

  Plaintiffs,

v.

MMG PALM HARBOR LLC d/b/a LUCKY DILL DELI/NYC BAR and KIMBERLY MITOW, individually

  Defendants.
_____/

Case No.: 8:15-cv-1019-T-30EAJ

## ORDER GRANTING CONSENT JUDGMENT

Pursuant to a Settlement Agreement between them, Plaintiffs and Defendants consent to entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

The Clerk is directed to enter a judgment in favor of Plaintiffs, Broadcast Music, Inc., Songs of Universal, Inc., EMI Virgin Songs, Inc., Abkco Music, Inc., Fourteenth Hour Music Inc., Springtime Music, Inc., Brew Music Company, Escatawpa Songs, BMG Rights Management (US) LLC, and Sony/ATV Songs LLC (the address for all of them is c/o Broadcast Music, Inc., 10 Music Square East, Nashville, TN 37203), against Defendants,

MMG Palm Harbor, LLC d/b/a Lucky Dill Deli/NYC Bar (whose address is 33180 U.S. Highway 19 North, Palm Harbor, Florida, 34684) and Kimberly Mitow (whose address is 133 Carlyle Dr., Palm Harbor, Florida, 34683), in the amount of Eighteen Thousand Dollars ($18,000.00), for which sum let execution issue. This sum shall bear interest at the rate provided by law.

This Court shall retain jurisdiction over this matter for a period of one (1) year for enforcement of this Judgment and the Settlement Agreement.

The Clerk of Court is directed to terminate any pending motions and close this case.

DONE AND ORDERED on this 12th day of January, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2015\15-cv-1019 Consent Judgment.docx